**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PAUL GREGORY BARROWS, Individually
and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ORACLE CORPORATION, LAWRENCE J.
ELLISON, SAFRA A. CATZ, CLAYTON
MAGOUYRK, MICHAEL SICILIA,
DOUGLAS KEHRING, and MARIA SMITH,

        Defendants.

C.A. No. 26-127-JLH

**STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR**
**FILING OF OPERATIVE COMPLAINT AND DEFENDANTS' RESPONSE**

Plaintiff Paul Gregory Barrows ("Plaintiff") and Defendants Oracle Corporation, Lawrence

J. Ellison, Safra A. Catz, Clayton Magouyrk, Michael Sicilia, Douglas Kehring, and Maria Smith

("Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to

the Court's approval, as follows:

WHEREAS, on February 3, 2026, Plaintiff filed the above-captioned securities class action

(the "Complaint," D.I. 1) asserting claims under Sections 10(b) and 20(a) of the Securities

Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10(b)(5), promulgated thereunder;

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of

1995 ("PSLRA"), which provides procedures and deadlines for the appointment of a lead plaintiff

and lead counsel, 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on February 4, 2026, in accordance with the PSLRA, 15 U.S.C. § 78u-

4(a)(3)(A)(i), counsel for Plaintiff published via Business Wire a notice advising members of the

putative class of the pendency of this action and alerting investors that the deadline under the PSLRA to file motions to serve as lead plaintiff for the class is April 6, 2026;

WHEREAS, Defendants hereby waive service of the Complaint without waiver of any defenses, objections, motions, or arguments in this matter, except as to sufficiency of service of process.  By entering into this stipulation, Defendants do not intend to waive and expressly reserve all objections, motions, and arguments concerning jurisdiction, forum, and venue;

WHEREAS, the parties have conferred and agreed that no Defendant shall be required to answer, move, or otherwise respond to the Complaint until a lead plaintiff has been appointed and lead plaintiff has filed an amended or consolidated complaint or designated an existing complaint as the operative complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested by the parties hereto, by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants shall not be required to answer, move, or otherwise respond to the Complaint until after a lead plaintiff has been appointed and lead plaintiff has filed an amended or consolidated complaint or designated an existing complaint as the operative complaint;

2. Within fourteen (14) days of the entry of an order appointing a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4, lead counsel and counsel for Defendants shall meet and confer regarding scheduling and shall submit a stipulation for the Court's approval with the parties' proposed schedule for the filing of an amended or consolidated complaint or the designation of an existing complaint as the operative complaint and the filing of an answer, motion to dismiss, or other response.

IT IS FURTHER STIPULATED that this Stipulation is without prejudice to any rights, claims, or defenses of any party.

/s/ Blake Rohrbacher
Blake Rohrbacher (#4750)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
rohrbacher@rlf.com
farnan@rlf.com


OF COUNSEL:
Blair G. Connelly
Kevin M. McDonough
Alexander L. Mills
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York New York 10020
(212) 906-1200
blair.connelly@lw.com
kevin.mcdonough@lw.com
alexander.mills@lw.com

Susan E. Engel
Christopher S. Turner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
(202) 637-2200
susan.engel@lw.com
christopher.turner@lw.com

*Attorneys for Defendants Oracle Corporation, Lawrence J. Ellison, Safra A. Catz, Clayton Magouyrk, Michael Sicilia, Douglas Kehring, and Maria Smith*

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP


/s/ Anthony M. Calvano
Gregory V. Varallo (DE Bar ID #2242)
Anthony M. Calvano (DE Bar ID #6265)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
anthony.calvano@blbglaw.com

*Counsel for Plaintiff*
*Paul Gregory Barrows*

OF COUNSEL:

KESSLER TOPAZ
MELTZER & CHECK, LLP
Naumon A. Amjed (DE Bar ID #4481)
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Plaintiff*
*Paul Gregory Barrows*


SO ORDERED this 17th day of March, 2026.

The Honorable Jennifer L. Hall
United States District Judge

3