**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL GREGORY BARROWS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH,<br><br>Defendants. | C.A. No. 26-127-JLH |

**DECLARATION OF P. BRADFORD DELEEUW IN SUPPORT OF MOTION OF AUDREY HOLDINGS GROUP LIMITED FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL**

I, P. Bradford deLeeuw, hereby declare under penalty of perjury:

1. I am the founder and principal of deLeeuw Law LLC ("deLeeuw Law"), proposed Liaison Counsel in this action, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of Delaware and before this Court. I make this Declaration in support of the Motion of Audrey Holdings Group Limited ("Movant") to be appointed as Lead Plaintiff and to approve of The Rosen Law Firm, P.A. to serve as Lead Counsel and deLeeuw Law to serve as Liaison Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4. Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

1

5.      Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Leon Siman in support of Movant's lead plaintiff motion.

6.      Attached hereto as Exhibit 5 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

7.      Attached hereto as Exhibit 6 is a true and correct copy of deLeeuw Law's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 6, 2026              /s/ P. Bradford deLeeuw
                                     P. Bradford deLeeuw (DE # 3569)

2