## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH,<br><br>Defendants. | Case No. 1:26-cv-00127-JLH<br><br>**CLASS ACTION** |

**DECLARATION OF ANTHONY M. CALVANO IN SUPPORT OF THE MOTION OF SPARINVEST S.A. AND SEB FUNDS AB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Anthony M. Calvano, declare as follows:

1.    I am a member in good standing of the bar of the State of Delaware, and am admitted to practice before this Court. I am a Partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the Motion filed by Sparinvest S.A. ("Sparinvest") and SEB Funds AB ("SEB") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:    Sworn certifications of Sparinvest and SEB pursuant to the Private Securities Litigation Reform Act of 1995, and related assignments of claims;

EXHIBIT B:    Charts of Sparinvest's and SEB's transactions and losses in Oracle Corporation securities during the Class Period;

EXHIBIT C:    Joint Declaration of Peter Schnack and Erik Sundgren in Support of the Motion of Sparinvest S.A. and SEB Funds AB for Appointment as Lead Plaintiff and Approval of Selection of Counsel;

EXHIBIT D:    Notice of pendency of *Barrows v. Oracle Corporation, et al.*, No. 1:26-cv-00127-JLH (D. Del.), published on February 4, 2026, in *Business Wire*; and

EXHIBIT E:    Firm Profile of Kessler Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of April 2026.

_____
Anthony M. Calvano (DE Bar ID #6265)