UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-00127-JLH<br><br>CLASS ACTION |

DECLARATION OF CHRISTOPHER H. LYONS IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Christopher H. Lyons (#5493)<br>Jason M. Avellino (#5821)<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19803<br>Telephone:  302/467-2660 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Christopher M. Wood<br>Jerry E. Martin<br>200 31st Avenue North<br>Nashville, TN  37203<br>Telephone:  615/244-2203 |

**APRIL 6, 2026**

4921-1452-5341.v1

- 1 -

I, CHRISTOPHER H. LYONS, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Delaware and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Rashesh Patel in the above-captioned action.  I make this declaration in support of Mr. Patel's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on February 4, 2026;

Exhibit B:    Notice of pendency of the above-captioned class action published in *Globe Newswire*, a widely circulated national business-oriented publication or wire service, on March 27, 2026;

Exhibit C:    Mr. Patel's Certification;

Exhibit D:    Mr. Patel's estimated losses, prepared by counsel; and

Exhibit E:    Mr. Patel's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of April, 2026.

s/ Christopher H. Lyons
CHRISTOPHER H. LYONS

4921-1452-5341.v1