**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated, Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH, Defendants. | Case 1:26-cv-00127-JLH <br><br> CLASS ACTION |

**DECLARATION OF CARMELLA P. KEENER IN
SUPPORT OF ALEXANDER ARISTIDES' MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, CARMELLA P. KEENER, hereby declare under penalties of perjury that:

1.      I am a Director at Cooch & Taylor, P.A., proposed Liaison Counsel for this litigation. I make this Declaration in Support of Alexander Aristides' ("Aristides") Motion for Appointment as Lead Plaintiff and Approval of Counsel.  The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action;

Exhibit B:     Aristides' sworn certification;

Exhibit C:     Aristides' Loss Chart;

Exhibit D:     Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:     Firm Résumé of Cooch & Taylor, P.A.

April 6, 2026

*/s/ Carmella P. Keener*
CARMELLA P. KEENER (DE #2810)