## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH, <br><br> Defendants. | Case No. 1:26-cv-00127-JLH <br><br> **CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF ANTHONY M. CALVANO IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF SPARINVEST S.A. AND SEB FUNDS AB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Anthony M. Calvano, declare as follows:

1.    I am a member in good standing of the bar of the State of Delaware, and am admitted to practice before this Court. I am a Partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Supplemental Declaration in further support of the unopposed Motion of Sparinvest S.A. and SEB Funds AB for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.    Attached as Exhibits A and B are true and correct copies of the following documents:

EXHIBIT A:    *In re Humana Inc. Sec. Litig.*, No. 24-cv-00655-JLH (D. Del. Sep. 13, 2024), D.I. 38; and

EXHIBIT B:    *City of Warwick Ret. Sys. v. Catalent, Inc.*, No. 23-cv-01108 (D.N.J. Dec. 29, 2025), D.I. 152.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of April 2026.

Anthony M. Calvano (DE Bar ID #6265)

1