# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH,<br><br>Defendants. | Case No. 1:26-cv-00127-JLH<br><br>**CLASS ACTION** |

## REPLY BRIEF IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF SPARINVEST S.A. AND SEB FUNDS AB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

**Dated: April 22, 2026**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gregory V. Varallo (DE Bar ID #2242)
Anthony M. Calvano (DE Bar ID #6265)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
greg.varallo@blbglaw.com
anthony.calvano@blbglaw.com

*Liaison Counsel for Proposed Lead Plaintiff Sparinvest S.A. and SEB Funds AB*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Proposed Lead Plaintiff Sparinvest S.A. and SEB Funds AB and Proposed Lead Counsel for the Class*

## **TABLE OF CONTENTS**

ARGUMENT ..................................................................................................................................1

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Jackson Cnty. Emps.' Ret. Sys. v. Oracle Corp., et al.*,
    No. 3:26-cv-00365 (M.D. Tenn. Apr. 21, 2026), D.I. 30 ...........................................................1

Sparinvest and SEB respectfully submit this Reply Brief in further support of their Motion for appointment as Lead Plaintiff and approval of selection of counsel (D.I. 9).[1]

As set forth in Sparinvest and SEB's Answering Brief (D.I. 29), given that Sparinvest and SEB have the largest financial interest of any movant and otherwise satisfy the requirements of the PSLRA for appointment as Lead Plaintiff, each other movant has withdrawn their motion or filed a notice of non-opposition.  *See* D.I. 24, 25, 27, 28.  Accordingly, Sparinvest and SEB's Motion is unopposed.

Additionally, on April 21, 2026, Sparinvest and SEB's unopposed motion for appointment as Lead Plaintiff was granted in the substantially similar action filed in the United States District Court for the Middle District of Tennessee.[2]  *See Jackson Cnty. Emps.' Ret. Sys. v. Oracle Corp., et al.*, No. 3:26-cv-00365 (M.D. Tenn. Apr. 21, 2026), D.I. 30 (attached as Exhibit A to the Reply Declaration of Anthony M. Calvano).

Therefore, and for the reasons set forth in Sparinvest and SEB's Opening Brief and Answering Brief, Sparinvest and SEB respectfully request that the Court grant their unopposed Motion and: (1) appoint Sparinvest and SEB as Lead Plaintiff; and (2) approve their selection of Kessler Topaz as Lead Counsel for the class.

DATED:  April 22, 2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Gregory V. Varallo*
Gregory V. Varallo (DE Bar ID #2242)
Anthony M. Calvano (DE Bar ID #6265)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801

---

[1]   All definitions and abbreviations used herein remain unchanged from Sparinvest and SEB's Opening Brief and Answering Brief.  *See* D.I. 13, 29.

[2]   If appointed as Lead Plaintiff here, Sparinvest and SEB intend to litigate the class's claims in the District of Delaware and will inform the court in the Middle District of Tennessee of their intention after the Court resolves their Motion.

1

Telephone: (302) 364-3600
greg.varallo@blbglaw.com
anthony.calvano@blbglaw.com

*Liaison Counsel for Proposed Lead Plaintiff
Sparinvest S.A. and SEB Funds AB*


**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Naumon A. Amjed (DE Bar ID #4481)
Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Proposed Lead Plaintiff
Sparinvest S.A. and SEB Funds AB and
Proposed Lead Counsel for the Class*