## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL GREGORY BARROWS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, SAFRA A. CATZ, CLAYTON MAGOUYRK, MICHAEL SICILIA, DOUGLAS KEHRING, and MARIA SMITH,<br><br>Defendants. | Case No. 1:26-cv-00127-JLH<br><br>**CLASS ACTION** |

**REPLY DECLARATION OF ANTHONY M. CALVANO IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF SPARINVEST S.A. AND SEB FUNDS AB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Anthony M. Calvano, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware, and am admitted to practice before this Court.  I am a Partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP.  I submit this Reply Declaration in further support of the unopposed Motion of Sparinvest S.A. and SEB Funds AB for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.      Attached as Exhibit A is a true and correct copy of the following document:

EXHIBIT A:      *Jackson Cnty. Emps.' Ret. Sys. v. Oracle Corp., et al.*, No. 3:26-cv-00365 (M.D. Tenn. Apr. 21, 2026), D.I. 30.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of April 2026.

Anthony M. Calvano (DE Bar ID #6265)